UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| DANIEL MINIX, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 19-482-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| UNITED PARCEL SERVICE, INC., et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

**\*\*\*   \*\*\*   \*\*\*   \*\*\***

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.      Judgment is entered in favor of Defendants United Parcel Service, Inc., and International Brotherhood of Teamsters, Local 651, with respect to all claims asserted in this proceeding by Plaintiff Daniel Minix.

2.      The claims asserted in this action by Plaintiff Daniel Minix against Defendants United Parcel Service, Inc., and International Brotherhood of Teamsters, Local 651, are **DISMISSED**, with prejudice.

3.      This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: March 22, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky